IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALID A. MUHAMMAD,<br>    **Plaintiff**<br><br>  v.<br><br>YVETTE KANE,<br>    **Defendant** | No. 3:24cv377<br><br>(Judge Munley) |

## ORDER

**AND NOW**, to wit, this 19th day of March 2024, the plaintiff's motion to proceed *in forma pauperis* (Doc. 3) is hereby **DENIED** pursuant to the three-strike rule, 28 U.S.C. § 1915(g). As plaintiff cannot proceed IFP and has not paid the filing fee, this case is **DISMISSED** without prejudice. The Clerk of Court is directed to close this case.

BY THE COURT:

s/ Julia K. Munley
JUDGE JULIA K. MUNLEY
United States District Court